UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FIFTH THIRD BANK,

        Plaintiff,                      Case No. 15-cv-12234

v                                     Honorable Thomas L. Ludington

MACAULEY COMMERCIAL
HOLDINGS, LLC, et al.,

        Defendants.

_____/

## ORDER ADJOURNING DATES AND DIRECTING SUBMISSION OF CLOSING DOCUMENTS

On May 13, 2016 the parties in this matter submitted a letter to the Court stating that they had reached a comprehensive settlement, and that they would submit documentation resulting in a dismissal of the proceedings.

Accordingly, it is **ORDERED** that all remaining dates are **ADJOURNED.**

It is further **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities function of CM/ECF on or before **June 10, 2016**.

                                              s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge

Dated: May 16, 2016

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 16, 2016.

                            s/Michael A. Sian
                            MICHAEL A. SIAN, Case Manager